Thomas H. Mullay, appellant, v. Bertha Haviar and John Haviar, appellees. Gen. No. 33,481.

Opinion filed October 11, 1929. Rehearing denied October 22, 1929.
Thomas J. Young, for appellant. Irene M. Lefkow, for appellees.
Mr. Justice Scanlan delivered the opinion of the court.

Novak Grocery Company, appellee, v. George Rasmussen Company, appellant. Gen. No. 33,490.

Opinion filed October 11, 1929.
Soelke, Koehn & Loewy, for appellant. Poppenhusen, Johnston, Thompson & Cole, for appellee; Edward R. Johnston, Floyd E. Thompson and Henry Jackson Darby, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Davis Miller for use of Arthur H. Framheim, defendant in error, v. Chicago City Bank & Trust Company, plaintiff in error. Gen. No. 33,261.

Opinion filed October 14, 1929.
Rathje, Wesemann, Hinckley & Barnard, for plaintiff in error; Francis E. Hinckley, of counsel. Clarence A. Samuel, for defendant in error.
Mr. Presiding Justice McSurely delivered the opinion of the court.

Anna Malinowski, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 33,429.

Opinion filed October 14, 1929. Rehearing denied and opinion modified October 28, 1929.
Hoyne, O'Connor & Rubinkam, for appellant. Henry W. Hammond, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.